UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TARA REYNOLDS,
    Plaintiff,

vs.                                                                  CASE NO. 8:05-CIV-1966-T-17-TGW

JOYCE CHAND, a/k/a JOYCE MICHAELS,
    Defendant.
_____/

## ORDER

    This cause is before the Court on the plaintiff's motion for award of attorney fees and costs (Docket No. 44). The defendant has failed to oppose the motion. The plaintiff has easily established entitlement to a "revised lodestar" amount of fees of $13,325.00 and costs in the amount of $425.00. The plaintiff then asks this Court to double the fee and award her counsel $26,650.00. Under the circumstances of this case, won by entry of default against the defendant, the Court does not find a multiplier of two to be reasonable and does not find that the plaintiff has established it to be a reasonable multiplier. The Court finds that a multiplier of one-half to be reasonable. Accordingly, it is

    **ORDERED** that the motion for award of attorney fees and costs (Docket No. 44) be **granted** and the plaintiff be awarded $19, 988.00 in attorney fees and $425.00 in costs for a total of $20,413.00. The Clerk of Court shall enter judgment for the same.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 27th day of September, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record